Before STATE INDUSTRIAL BOARD, Respondent. CALAGERO DISTIFANO, Respondent, v. RIBIS BROTHERS and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against said Board, on the ground that the claimant's expectations of earnings of twenty-five dollars a week after attaining the age of twenty-one should not control the allowance presently made to cover the intervening years before such time. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. HARRY DAVIS, Respondent, v. BORDEN'S FARM PRODUCTS COMPANY, INC., Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MORRIS ELENCOWSKY, Respondent, v. GORDON & MOSKOWITZ and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against said Board, on the ground that there is no evidence to support the finding that "through the abrasion thus caused by the burn in claimant's hand, infection entered." All concur.

CATHERINE ELLIS, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order reversed on the law and facts and new trial granted, with costs to the appellant to abide the event, on the ground that plaintiff has failed to establish her freedom from contributory negligence. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ANTONIO FERRARI, Respondent, v. UNITED STATES GYPSUM COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. LOUIS GOLDBERGER, Respondent, v. B. M. GOLDBERGER, Defendant, Impleaded with ÆTNA LIFE INSURANCE COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board. (200 App. Div. 190).

Before STATE INDUSTRIAL BOARD, Respondent. HELEN GILCHRIST, Respondent, v. MARCUS LOEW REALTY CORPORATION and Another, Appellants.— Award reversed and claim dismissed on the ground that the award rests on the uncorroborated hearsay statements of the deceased, with costs against the State Industrial Board. All concur.

CHARLES B. GOODRICH, Respondent, v. ERIE RAILROAD COMPANY, Appellant. — Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. THELMA HARPER, Respondent, v. SHEFFIELD FARMS COMPANY, INC., Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

FRANCES HUGHES, Respondent, v. GEORGE C. TRAVER, Appellant.— Judgment and order unanimously affirmed, with costs.

AIMEE L. HANSON, Appellant, v. CHARLES V. BARKER, Respondent.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN KMETA, Respondent, v. ELIZABETH W. STEVENS and Others, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN KIRLUICK, Respondent, v. NATIONAL HOUSE CLEANING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.